IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00291-CV

 

Elena Szilagyi,

                                                                                    Appellant

 v.

 

Providian National Bank,

                                                                                    Appellee

 

 

 



From the 272nd District Court

Brazos County, Texas

Trial Court No. 02-000661-CV-272

 



MEMORANDUM  Opinion



 








            The Clerk of this Court notified the appellant that the clerk’s
record was overdue in this cause and that the appeal may be dismissed for want
of prosecution if the appellant did not make the necessary arrangements for the
filing of the clerk’s record.  See Tex.
R. App. P. 37.3(b), 42.3(b).  The Court has received no response. 
Accordingly, the appeal is dismissed for want of prosecution.  Id.




                                                                                    PER
CURIAM

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed April 2, 2008

[CV06]